ORIGINAL

FILED
JAN 16 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| JV PENAUILLE ITALIA S.P.A, COFATHEC S.P.A., SEB. CO. S.A.S., AND CO. PEL. S.A.S. ) | |
| Plaintiff, ) | No. 07-27 C |
| v. ) | |
| THE UNITED STATES, ) | |
| Defendant. ) | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to RCFC 7.1, Plaintiff JV Penauille Italia S.p.A., Cofathec S.p.A., SEB. Co. S.a.s., and CO. PEL.S.a.s ("JVP"), by its undersigned counsel, states that JVP is a temporary association of enterprises organized under Italian law comprised of four individual companies. JVP discloses the following regarding these four companies:

Penauille Italia S.p.A has a parent company, CFF Recycling, that holds 64.68% of its stock, while 35.32% of its stock is publicly held.

Cofathec S.p.A is owned by Gaz de France, a publicly held corporation.

SEB. Co. S.a.s. does not have a parent company, nor does any publicly held corporation own more than 10% of its stock.

CO. PEL.S.a.s, does not have a parent company, nor does any publicly held corporation own more than 10% of its stock..

Dated: January 16, 2007

Respectfully submitted,

HOLLAND & KNIGHT LLP

Kristen E. Ittig
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(703) 720-8052 – phone
(202) 955-5564 – fax

*Counsel for JV Penauille Italia S.p.A., Cofathec S.p.A., SEB. Co. S.a.s., and CO. PEL.S.a.s*

Of Counsel:

T. Wayne Gray
David J. Craig
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 955-3000 – phone
(202) 955-5564 – fax

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing Plaintiff's Corporate Disclosure Statement to be served by hand delivery this 16th day of January 2007 to:

U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Room 10110
1100 L Street, N.W.
Washington, DC 20005

Damon Martin
Associate Counsel (Acquisition)
Office of General Counsel
Department of the Defense
Naval Facilities Engineering Command Headquarters
1322 Patterson Ave, SE
Suite 1000
Washington, D.C. 20374-5065
*Counsel for the Navy*

And a copy to be served by electronic delivery to:

Reed L. von Mauer
Mitglied Der Rechstanwaltskammer
Am Pfingstborn 33A
D-61479 Glashuetten
Germany
*Counsel for Gemmo*

David J. Craig

# 3864139_v2