# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
*
JV PENAUILLE ITALIA S.P.A, *
COFATHEC S.P.A., SEB. CO. S.A.S., *
AND CO. PEL. S.A.S. *
*Plaintiff*, *
* Case No. 07-27C
v. *
* Filed: January 19, 2007
THE UNITED STATES, *
* Senior Judge Smith
*Defendant*. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the status conference held on Friday, January 19, 2007, the Court **ORDERS** that the Administrative Record shall be filed and served on or before January 23, 2007. The Administrative Record may be filed on CD Rom. Defendant's response shall be filed and served on or before January 23, 2007. Plaintiff's reply shall be filed and served on or before January 29, 2007.

The Court **SCHEDULES** a telephone status conference for Monday, January 29, 2007 at 3:00 p.m. to discuss the possibility of settlement and any other matters that need to be addressed. The parties are encouraged to discuss the possibility of settlement prior to the status conference.

The Court further **SCHEDULES** oral argument to be held on Thursday, February 1, 2007 at 2:30 p.m. in Courtroom #9, United States Court of Federal Claims.

**IT IS SO ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE