# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *
JV PENAUILLE ITALIA S.P.A,
COFATHEC S.P.A., SEB. CO. S.A.S.,
AND CO. PEL. S.A.S.
*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 07-27C

Filed: January 19, 2007

Senior Judge Smith

**ORDER**

Plaintiff's Motion to File Complaint and Preliminary Injunction Under Seal is hereby GRANTED.

**IT IS SO ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE