IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| JV PENAUILLE ITALIA S.p.A., COFATHEC S.P.A., SEB.CO S.A.S AND CO.PEL.S.A.S, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 07-27C (Judge Smith) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of ELIZABETH M. HOSFORD as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

ELIZABETH M. HOSFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
(202) 616-0332

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

Dated: January 19, 2007

s/Elizabeth M. Hosford

ELIZABETH M. HOSFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530
Tele: (202) 616-0332
FAX: (202) 305-7643

CERTIFICATE OF FILING

I hereby certify that on January 19, 2007, a copy of foregoing "NOTICE OF APPEARANCE," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Elizabeth M. Hosford