# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| JV PENAUILLE ITALIA S.P.A,<br>COFATHEC S.P.A., SEB. CO. S.A.S.,<br>AND CO. PEL. S.A.S.<br>*Plaintiffs*, | * | Case No. 07-27C |
| v. | * | Filed: January 25, 2007 |
| THE UNITED STATES,<br>*Defendant*. | * | Senior Judge Smith |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby GRANTS the Applications for Access to Information Under Protective Order by Outside or Inside Counsel by Kristen E. Ittig, David J. Craig and T. Wayne Gray.

**IT IS SO ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE