**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| JV PENAUILLE ITALIA S.P.A, COFATHEC S.P.A., SEB. CO. S.A.S., AND CO. PEL. S.A.S. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-27C (Senior Judge Loren A. Smith) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S CONSENT MOTION TO AMEND PROTECTIVE ORDER**

Plaintiff JV Penauille Italia S.p.A., Cofathec S.p.A., SEB. Co. S.a.s., and CO. PEL.S.a.s ("JVP"), by its undersigned counsel, hereby moves this Court to amend the Protective Order in this matter to permit all individuals admitted under the Protective Order to send protected materials using electronic mail to other individuals also admitted under the Protective Order. All parties have consented to this motion.

WHEREFORE, JVP respectfully requests that the Court grant this Motion. A proposed order is attached.

Dated: January 29, 2007

Respectfully submitted,

HOLLAND & KNIGHT LLP
s/ Kristen E. Ittig
Kristen E. Ittig
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(703) 720-8052 – phone
(202) 955-5564 – fax

Of Counsel:

T. Wayne Gray
David J. Craig
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 955-3000 – phone
(202) 955-5564 – fax

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| JV PENAUILLE ITALIA S.P.A, COFATHEC S.P.A., SEB. CO. S.A.S., AND CO. PEL. S.A.S. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-27C (Senior Judge Loren A. Smith) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**ORDER TO AMEND PROTECTIVE ORDER**

This matter having come before the Court on Plaintiff's Consent Motion to Amend Protective Order, it is this __ day of January 2007 by the United States Court of Federal Claims:

ORDERED, that Plaintiff's Consent Motion to Amend Protective Order shall be and hereby is GRANTED; and it is

FURTHER ORDERED, that the Protective Order in this matter shall be and hereby is AMENDED to permit all individuals admitted under the Protective Order to send protected materials using electronic mail to other individuals also admitted under the Protective Order. All other terms of the Protective Order remain unchanged.

______________________________
LOREN A. SMITH, SENIOR JUDGE

Copies to:

Kristen E. Ittig
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(703) 720-8052 – phone
(202) 955-5564 – fax
*Counsel for JVP*

Elizabeth Hosford
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Room 10110
1100 L Street, N.W.
Washington, DC 20005

Damon Martin
Associate Counsel (Acquistion)
Office of General Counsel
Department of the Defense
Naval Facilities Engineering Command Headquarters
1322 Patterson Ave, SE
Suite 1000
Washington, D.C. 20374-5065
*Counsel for the Navy*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing Plaintiff's Consent Motion to Amend the Protective Order and proposed Order to be served this 30th day of January 2007 by electronic delivery on:

Elizabeth Hosford
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
Room 10110
1100 L Street, N.W.
Washington, DC 20005

Damon Martin
Associate Counsel (Acquisition)
Office of General Counsel
Department of the Defense
Naval Facilities Engineering Command Headquarters
1322 Patterson Ave, SE
Suite 1000
Washington, D.C. 20374-5065
*Counsel for the Navy*

s/ David J. Craig
David J. Craig

# 4330076_v1