# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| JV PENAUILLE ITALIA S.P.A, | * | |
| COFATHEC S.P.A., SEB. CO. S.A.S., | * | |
| AND CO. PEL. S.A.S. | * | |
| *Plaintiff*, | * | |
| | * | Case No. 07-27C |
| v. | * | |
| | * | Filed: February 1, 2007 |
| THE UNITED STATES, | * | |
| | * | Senior Judge Smith |
| *Defendant*. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Plaintiff's Consent Motion to Amend the Protective Order to permit all individuals admitted under the Protective Order to send protected materials using electronic mail to other individuals also admitted under the Protective Order is hereby GRANTED.

**IT IS SO ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE