# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

JV PENAUILLE ITALIA S.P.A, COFATHEC S.P.A., SEB. CO. S.A.S., AND CO. PEL. S.A.S.
*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 07-27C

Filed: February 1, 2007

Senior Judge Smith

**ORDER**

Defendant's Unopposed Motion for Leave to Supplement the Administrative Record is GRANTED and shall be filed with the Court by CD-Rom.

**IT IS SO ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE