# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
JV PENAUILLE ITALIA S.P.A, COFATHEC S.P.A., SEB. CO. S.A.S., AND CO. PEL. S.A.S.
*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 07-27C

Filed: February 5, 2007

Senior Judge Smith

**ORDER**

Pursuant to the telephone conference held on Monday, February 5, 2007, and based on the representations made by the parties, the Clerk is **DIRECTED** to **DISMISS AS MOOT** the above-captioned matter. In the event Plaintiff re-files the matter, the Clerk shall waive the filing fee and the matter shall be assigned to the undersigned.

**IT IS SO ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE