# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

JV PENAUILLE ITALIA S.P.A,
COFATHEC S.P.A., SEB. CO. S.A.S.,
AND CO. PEL. S.A.S.
*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 07-27C

Filed: February 20, 2007

Senior Judge Smith

**ORDER**

The Court hereby places the transcript filed on February 7, 2007, under seal.

**IT IS SO ORDERED.**

s/Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE